■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY GRIGGS, Appellant. [661 NYS2d 977] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered December 8, 1995, convicting him, upon a jury verdict, of robbery in the second degree and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

Additionally, the court properly denied, without a hearing, the defendant's motion to set aside the verdict pursuant to CPL 330.30 (3), since the moving papers failed to satisfy the statutory requirements to support the defendant's claim of newly-discovered evidence (*see, People v Salemi*, 309 NY 208, 215; *People v Leka*, 209 AD2d 723, 725).

The sentence imposed was not excessive (*see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contention is without merit. Bracken, J. P., Copertino, Altman and Florio, JJ., concur.